## Commonwealth *v.* Green, Appellant.

Argued April 21, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Samuel M. Lehrer,* for appellant.

*James T. Owens,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, October 12, 1971:
Judgment affirmed.
Mr. Justice BARBIERI took no part in the consideration or decision of this case.